**Order entered January 17, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01615-CV

## IN THE INTEREST OF L.B. AND A.K.B., CHILDREN

**On Appeal from the 15th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. FA-12-0485**

## ORDER

Because the clerk's record filed electronically December 13, 2013 is defective, and a corrected record was filed January 10, 2014, we **STRIKE** the December 13th record from the record of this cause.


/s/     ELIZABETH LANG-MIERS
          JUSTICE